**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1353**

MARIE A. BECTON,

              Plaintiff - Appellant,

        v.

COMMISSIONER, SOCIAL SECURITY,

              Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Stephanie A. Gallagher, Magistrate Judge.
(1:15-cv-00613-SAG)

Submitted:  July 21, 2016              Decided:  July 25, 2016

Before SHEDD, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Marie A. Becton, Appellant Pro Se.  David Nathaniel Mervis, SOCIAL
SECURITY ADMINISTRATION, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marie A. Becton appeals the magistrate judge's order dismissing her complaint against the Commissioner of the Social Security Administration for lack of subject matter jurisdiction and improper venue.* See Fed. R. Civ. P. 12(b)(1), (3). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. Becton v. Comm'r, Soc. Sec., No. 1:15-cv-00613-SAG (D. Md. Feb. 18, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

* The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c) (2012).